IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 02-157-ALL |
| SEIMON MOGILEVICH, et al. | : | |

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the United States of America.

WILLIAM M. McSWAIN
UNITED STATES ATTORNEY


s/ Jennifer A. Williams
Jennifer A. Williams
Assistant United States Attorney