# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September 2026, a true and correct copy of the foregoing Motion of Eric W. Sitarchuk to Withdraw as Counsel for Defendant Jacob Bogatin has been filed with the Clerk of the Court and a copy will be served to all counsel of record via the CM/ECF system.

*/s/ Eric W. Sitarchuk*
Eric W. Sitarchuk