**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JACOB BOGATIN,**<br><br>**Defendant.** | **CRIMINAL ACTION**<br><br>**NO. 2:02-cr-00157-MKC-3** |

**[PROPOSED] ORDER**

AND NOW, this ____ day of _____________, 2026, upon consideration of the motion of Eric W. Sitarchuk to withdraw as counsel for Defendant Jacob Bogatin, it is hereby ORDERED that the Motion is granted and Mr. Sitarchuk is withdrawn as counsel for Mr. Bogatin.

_______________________________________
J.